IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **KATHLEEN KRUPINSKY-ARNOLD,** | CIVIL ACTION NO. 1:17-cv-585-PB |
| Plaintiff, | |
| v. | |
| **EDWARD D. JONES & COMPANY, LP,** *et al.,* | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. Rule 41(a)(1), the parties to this action, by and through their attorneys, hereby stipulate to the dismissal of the Complaint with prejudice and without costs or attorney's fees, with all rights of appeal being waived.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| Attorney for Plaintiff Kathleen Krupinsky-Arnold, | Attorneys for Defendants Edward D. Jones & Company, LP and Michael Muise, |
| /s/ John P.Sherman | /s/ Elizabeth M. Lacombe |
| John P. Sherman (Bar No. 12536) | Elizabeth M. Lacombe (#19921) |
| Sherma Law PLLC | Duane Morris LLP |
| 111 Bow Street, Unit 2 | 100 Pearl Street, Suite 1415 |
| Portsmouth, NH 03801 | Hartford, CT 06103 |
| (603)570-4837 | (215) 979-1577 (phone) |
| jsherman@johnshermanlaw.com | emlacombe@duanemorris.com |

Date: November 26, 2018