```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Kathleen Krupinsky-Arnold

    v.

                                        Case No. 17-cv-585-PB

Edward D. Jones & Company, LP et al

JUDGMENT

In accordance with the following, judgment is hereby entered;

1. Oral Order by Judge Paul Barbadoro dated January 31, 2018; and

2. Stipulation of Dismissal with Prejudice dated November 28, 2018.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: November 28, 2018

cc: Counsel of Record